THE UNION STOVE WORKS, Respondent, *v.* FREDERICK
KLINGMAN et al., Appellants.

*Union Stove Works* v. *Klingman,* 20 App. Div. 449, affirmed.
(Submitted October 10, 1900; decided October 26, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered August
16, 1897, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term.

*George Bell* and *Benjamin Patterson* for appellants.

*Frank M. Avery* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and
LANDON, JJ. Not sitting: PARKER, Ch. J.

---

JOSEPH KELLY, Appellant, *v.* THE CONNECTICUT MUTUAL LIFE
INSURANCE COMPANY, Respondent.

*Kelly* v. *Connecticut Mut. L. Ins. Co.,* 17 App. Div. 624, affirmed.
(Argued October 10, 1900; decided October 30, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered Sep-
tember 27, 1897, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term.

*P. C. Dugan* and *J. Newton Fiero* for appellant.

*Samuel S. Hatt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN,
JJ. Not voting: PARKER, Ch. J. Not sitting: LANDON, J.